**Fill in this information to identify your case:**

Debtor 1  **George**　**Michael**　**Zampikos**
　　　　　First Name　Middle Name　Last Name

Debtor 2
(Spouse, if filing)　First Name　Middle Name　Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)  **16-20455-C-13**

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **George**    **Michael**    **Zampikos**          Case number (if known)  **16-20455-C-13**
         First Name    Middle Name    Last Name

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☒ No
   ☐ Yes. Fill in the details.

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **TRS RETIREMENT** **PROPERTY PAYMENT** | $18,700.00 $20,000.00 | | |
| **For the last calendar year:** (January 1 to December 31, **2015**) YYYY | **TRS RETIREMENT** **PROPERTY PAYMENT** | $22,440.00 $20,000.00 | | |
| **For the calendar year before that:** (January 1 to December 31, **2014**) YYYY | **TRS RETIREMENT** | $22,440.00 | | |

| Debtor 1 | George | Michael | Zampikos | Case number (if known) | 16-20455-C-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

Debtor 1  **George** **Michael** **Zampikos**  Case number (if known) __16-20455-C-13__
          First Name   Middle Name   Last Name

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **EVERYTHING ENERGY, LLC, VS GEORGE M. ZAMPIKOS AKA BAIRZ DEN TAVERN** | **LAWSUIT** | **IN THE JUSTICE OF THE PEACE COURT PRECINCT 2 PLACE 1**<br>Court Name<br>**4626 WEBER RD**<br>Number   Street<br>**CORPUS CHRISTI**   **TX**   **78411**<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number **16-SC-00088-JP2-1** | | | |
| **NUECES COUNTY VS. GEORGE MICHAEL ZAMPIKOS** | **LAW SUIT** | **IN THE DISTRICT COUNTY 347TH JUDICIAL DISTRICT**<br>Court Name<br>**901 LEOPARD #313**<br>Number   Street<br>**CORPUS CHRISTI**   **TX**   **78404**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number **2013 DCV-5240-H** | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5:  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

Debtor 1  **George**        **Michael**        **Zampikos**              Case number (if known)  **16-20455-C-13**
         First Name         Middle Name        Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☒ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☒ No
- ☐ Yes. Fill in the details.

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

- ☐ No
- ☒ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Malaise Law Firm** | attorney fees $500.00 | | |
| **606 N. Carancahua, Suite 1100** | filing fees $310.00 | | |
| Number   Street | credit reports $40.00 | **10/31/2016** | **$500.00** |
| **Corpus Christi**   **TX**   **78401** | CCC and debtor's ed. course $24.00 | | |
| City   State   ZIP Code | | | |
| **carolt@malaiselawfirm.com** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

- ☒ No
- ☐ Yes. Fill in the details.

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 5

Debtor 1  **George**     **Michael**       **Zampikos**        Case number (if known) 16-20455-C-13
         First Name      Middle Name       Last Name

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

### Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

### Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

Debtor 1   **George**   **Michael**   **Zampikos**   Case number (if known) 16-20455-C-13
           First Name    Middle Name   Last Name

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

    ☑ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☑ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **BAIRZ-DEN TAVERNA**<br>Business Name<br>**5712 GOLLIHAR**<br>Number   Street<br><br>**CORPUS CHRISTI   TX   78415**<br>City   State   ZIP Code | **BAR AND GRILL**<br><br>**Name of accountant or bookkeeper** | Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br>From   2013   To   2014 |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

Debtor 1  **George**        **Michael**        **Zampikos**        Case number (if known) **16-20455-C-13**
　　　　　First Name　　　Middle Name　　　Last Name

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ George Michael Zampikos**　　　　　X _____
　George Michael Zampikos, Debtor 1　　　　　Signature of Debtor 2

　Date   **11/16/2016**　　　　　　　　　　　　Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:16-20455-C-13 |
| Zampikos, George Michael | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 PROCEEDING |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing STATEMENT OF FINANCIAL AFFAIRS was mailed to the following parties via U.S. Mail, postage prepaid, or noticed through Electronic Filing if available:

**TRUSTEES**

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua, Suite 600
Corpus Christi, TX  78478

Barbara Jue
United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX  78476

**DEBTOR(S)**
George Michael Zampikos
402 Montclair Drive
Corpus Christi, TX 78412

**CREDITOR(S)**

\*\* ALONG WITH THE ATTACHED MATRIX \*\*

MALAISE LAW FIRM

  November 16, 2016  
       Date

/s/ Pat B. Fossett
J. Todd Malaise/Pat B. Fossett
SBOT 00796984/ 24004652
Attorney for Debtor (s)
606 N. Carancahua, Ste. 1100
Corpus Christi, Texas 78401
(361) 884-7400 Telephone
(361) 882-3299 Facsimile

Case 16-20455   Document 18   Filed in TXSB on 11/16/16   Page 10 of 10

Debtor(s): George Michael Zampikos
Case No: 16-20455-C-13
Chapter: 13
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

City of Corpus Christi
Legal Department
P.O. Box 9277
Corpus Christi, TX 78469-9277

Patsy Perez
District Clerk
901 Leopard Room 313
Corpus Christi, TX 78401

Coastal Community And Teachers
Attn: Bankruptcy Dept
6810 Saratoga Blvd
Corpus Christi, TX 78414

Seterus Inc
14523 SW Millikan Way St
Beavertton, OR 97005

Codilis & Stawiarski, P.C.
650 N. Sam Houston Pkwy East, S
Houston, TX 77060

STATE COMPTROLLER
PO BOX 149359
AUSTIN, TX 78714-9359

COMMERICAL AUDITORS CORPORATION
PO BOX 48775
MINNEAPOLIS, MN 55448-0990

Credit Systems International, I
P.O. Box 1088
1277 Country Club FW TX 76112
Arlington, TX 76004

Everything Energy
PO BOX 121122
Dallas, TX 75312

Linebarger, Goggan, Blair, Samp
P.O. Box 2991
500 North Shoreline, Suite 1111
Corpus Christi, TX 78471

Malaise Law Firm
606 N. Carancahua, Suite 1100
Corpus Christi, TX 78401

MARCHRIS D. ROBINSON
ROBINSON LAW GROUP
4203 Yoakum Blvd., Suite 310
Houston, TX 77006

Mercantile Adjustment  Bureau
165 Lawrence Bell Dr Ste 100
Williamsville, NY 14221